# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

JANET MORRIS, individually and on behalf of
all others similarly situated,
    Plaintiff,

v.

CLASS ACTION
Case No.: 8:22-CV-02048

LINCARE, INC.,
    Defendant.
_____/

## NOTICE OF FILING

Defendant, Lincare Inc. (*"Lincare"*), pursuant to this Court's Order entered November 17, 2023 (Doc. 85), hereby gives notice of filing a redacted version of *Exhibit "A"* to Lincare's Motion to Dismiss Second Amended Action Complaint (Doc. 57) (the *"Motion"*), to be considered, in this Court's discretion, alongside that Motion.

*SHUMAKER, LOOP & KENDRICK, LLP*
*/s/ Matthew A. Ceriale*
Matthew A. Ceriale, Esq. (FBN: 1020226)
mceriale@shumaker.com
dfernandez@shumaker.com
Jay B. Verona, Esq. (FBN: 352616)
jverona@shumaker.com
mhartz@shumaker.com
101 E. Kennedy Blvd., Suite 2800
Tampa, Florida 33602
Phone (813) 229-7600
Fax (813) 229-1660
*Counsel for Defendant*

1

## CERTIFICATE OF SERVICE

*I HEREBY CERTIFY* that on December 1, 2023, a true and correct copy of the foregoing has been filed with CM/ECF which will furnish a copy to all counsel of record:

| | |
|---|---|
| Rachel Dapeer, Esq.<br>Dapeer Law, P.A.<br>20900 NE 30th Ave., Suite 417<br>Aventura, FL 33180<br>rahcel@dapeer.com<br>*Counsel for Plaintiffs* | Manuel S. Hiraldo, Esq.<br>Hiraldo, P.A.<br>401 E. Las Olas Blvd., Suite 1400<br>Ft. Lauderdale, FL 33301<br>mhiraldo@hiraldolaw.com<br>*Counsel for Plaintiffs* |

By: */s/ Matthew A. Ceriale*
        Attorney

**AMERICAN HOMEPATIENT**®

FAX to: 866-844-2186
Questions call: 866-775-1959

## Assignment of Benefits
### ▓▓▓▓▓ Device Supplies

| Patient Name | J▓▓ M▓▓ | Acct # Redacted |
|---|---|---|
| Street Address | Redacted | |
| City: State: Zip | ▓▓▓▓▓, FL  32003-4412 | |
| Phone: (area + #) | ▓▓▓-7067 | Email NA |

Thank you for your interest in receiving a ▓▓▓▓▓ **Device administration supplies** from American HomePatient. We are pleased to serve as your provider of choice for home medical equipment and supplies.

Your order will be processed and delivery scheduled as soon as we have received 1) this form, signed and dated, and 2) the order from your doctor and any additional records required.

I attest the above information is correct. I authorize the direct billing to Medicare, Medicaid, Medicare Supplemental, and/or private health insurance on my behalf by American HomePatient and/or its corporate affiliates, agents, and assigns. If signed by someone other than I acknowledge I have the authority to sign on behalf of the patient. Further, by SIGNING BELOW I hereby expressly agree to receive calls by or on behalf of American HomePatient regarding treatment options, health-related information, disease-management programs, wellness programs, products, services, or other community-based initiatives or activities relating to my care. I have received, read and understand THE TERMS OF AGREEMENT AND AGREE TO BE BOUND BY THE TERMS OF AGREEMENT. I acknowledge receipt of the Company's Notice of Privacy Practices.

| Patient's Signature | Patient's Name Print | Date 5/12/2015 |
|---|---|---|

### AUTHORIZED REPRESENTATIVE SIGANTURE

My signature below indicates that I am legally authorized to sign on behalf of the patient named and they were incapable of signing

| Relationship | ☐ Spouse  ☐ Adult with legal signature authority  ☐ Other |
|---|---|
| Reason patient not signing | ☐ Physically Unable  ☐ Other |

Print Patient's Name     Legal Representative Signature    Legal Rep PRINT NAME     Date

Address ☐ Same as patient listed above

If not _____   _____   _____
       Street Address        City, State, Zip              Phone Number

RM FORM #1200-15-F3