UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANET MORRIS, individually and
on behalf of all others similarly
situated,

    Plaintiff,                                       Case No. 8:22-cv-02048- CEH

vs.

LINCARE, INC.

    Defendants.
_____/

## MEDIATION REPORT

In accordance with the Plaintiff's Notice of Mediation Conference, a in person mediation was held with the parties and counsel on Thursday, March 28, 2024, at 1:30 p.m. The Plaintiff, JANET MORRIS, attended with lead trial counsel. The Defendant, LINCARE, INC., attended with lead trial counsel.

All parties present participated in good faith. The parties reached an impasse at this time.

Done April 2, 2024, in Tampa, Florida.

Respectfully submitted,

*/s/ Gregory P. Holder*
Gregory P. Holder, Esq., Mediator
Florida Bar No. 339326
1511 N. Westshore Blvd., Suite 700
Tampa, Florida 33606
Telephone: (813) 773-5106
Facsimile: (727) 498-8902
Email: greg@zinoberdiana.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that April 2, 2024, I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

/s/ *Gregory P. Holder*
Gregory P. Holder, Esq., Mediator