UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 8:22-cv-02048-CEH-AAS

JANET MORRIS,
individually and on behalf of all
others similarly situated,

        **CLASS ACTION**

    Plaintiff,

        **JURY TRIAL DEMANDED**

v.

LINCARE HOLDINGS, INC.,

    Defendant.
_____/

**PLAINTIFF'S UNOPPOSED MOTION TO FILE EXHIBIT IN SUPPORT OF MOTION FOR CLASS CERTIFICATION UNDER SEAL**

Plaintiff Janet Morris, pursuant to Local Rule 1.11, hereby files this Unopposed Motion to Seal documents containing personal information of the purported class members in support of Plaintiffs' Motion for Class Certification and in support thereof states as follows:

### Background

1. This action is a putative class action brought by Plaintiff against Defendant alleging violations of the Telephone Consumer Protection Act, 47 U.S.C. §§ 227, *et seq.* (the "TCPA"), and the Florida Telephone Solicitation Act ("FTSA"), Fla. Stat. § 501.059 by placing prerecorded telemarketing calls without first obtaining the required consent under the TCPA and FTSA's implementing

regulations.

2. Plaintiff intends to file her Motion for Class Certification ("Motion") by the Court's deadline of June 6, 2024.

3. Plaintiffs' Motion will reference exhibits that include logs of telephone numbers, including the phone numbers of Plaintiff and the purported class members. Defendant has marked these documents as "Confidential."

4. Plaintiff therefore request that the Court allow her to file Exhibit, which may include "[Confidential] Lincare Inc. 000001 - 002503" under seal.

## Memorandum of Law

Material filed with a substantive motion or pleading is subject to the common law right of access. *See Fort Myers Div. Arthrex, Inc. v. Parcus Med., LLC*, Case No: 2:11-cv-694-FtM-29CM, 2014 U.S. Dist. LEXIS 53500, *12-13 (M.D. Fla. 2014). However, the common law right of access may be overcome by a showing of "good cause, which requires balancing the asserted right of access against the other party's interest in keeping the information confidential." *Id*. (citing *Romero v. Drummond Co.*, 480 F.3d 1234, 1245 (11th Cir. 2007)). Moreover, both federal and Florida law provide for the protection of a person's medical records from disclosure. *Warren v. Delvista Towers Condo. Ass'n.*, 2014 U.S. Dist. LEXIS 56478, at *4 (S.D. Fla. Apr. 22, 2014); *Estate of Carrillo v. F.D.I.C.*, 2012 U.S. Dist. LEXIS 69611, 2012 WL 1831596, at *5 (S.D. Fla. May 18, 2012).

As mentioned above, the exhibit to Plaintiff's Motion will contain records showing Plaintiff and purported class members' redacted phone numbers. Given the

legitimate privacy and confidentiality interest in Plaintiff and the class members' personal information, the protection of this information is authorized pursuant to federal and Florida law.

WHEREFORE, Plaintiff respectfully requests that this Court grant her Unopposed Motion to File Exhibit Under Seal and enter an order allowing her to file the exhibit containing Plaintiffs' personal information under seal, together with such other relief as the Court deems just and proper.

## LOCAL RULE 3.01(g) CERTIFICATION

Undersigned counsel certifies that they have conferred with counsel for Defendant regarding the relief sought in this Motion; Defendant's counsel has advised that Defendant consents to the relief sought herein.

DATED: May 23, 2024

Respectfully submitted,

**HIRALDO P.A.**

By:  /s/ *Manuel S. Hiraldo*
Manuel S. Hiraldo, Esq.
401 E. Las Olas Boulevard
Suite 1400
Ft. Lauderdale, Florida 33301
mhiraldo@hiraldolaw.com
(t) 954.400.4713
*Attorneys for Plaintiff*