# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

JANET MORRIS,

    Plaintiff,

v.                                        Case No: 8:22-cv-2048-CEH-AAS

LINCARE INC.,

    Defendant.
_____/

## ORDER

This cause comes before the Court on the Report and Recommendation filed by Magistrate Judge Amanda Arnold Sansone on November 17, 2025 (Doc. 272). In the Report and Recommendation, Magistrate Judge Sansone recommends that Defendant's motion to tax costs be granted in part and that Defendant be awarded $1,812.00 for deposition transcript costs and the $40 witness fee for a total award of $1,852.00 in taxable costs, with interest on that award accruing from the date of the judgment. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 272) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Defendant's Motion on Entitlement to Costs (Doc. 268) is **granted-in-part** and **denied-in-part**.

(3) Defendant Lincare Inc. is awarded costs for the following: $1,812.00 for deposition transcript costs and $40 for witness fees. The total amount of costs awarded to Defendant Lincare Inc. is **$1,852.00**, with interest on that award accruing from September 18, 2025, the date of the judgment. *See* Doc. 263.

(4) The Clerk is directed to tax costs against Plaintiff Janet Morris in the amount of **$1,852.00**.

**DONE AND ORDERED** at Tampa, Florida on December 3, 2025.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Amanda Arnold Sansone
Counsel of Record